UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE PERALES-VENEGAS, ) <br> ) <br> Defendant. ) <br> ) | Case No. MJ09-306 <br><br> **DETENTION ORDER** |

Offense charged:

Conspiracy to distribute cocaine, possession of a firearm during a drug trafficking crime.

On June 23, 2009, defendant made his initial appearance. Assistant federal public defender Nancy Tenney appeared and was appointed to represent defendant. The United States moved for a detention order and a detention hearing was scheduled for June 26, 2009. On June 25, 2009, defendant filed a written waiver of his right to a detention hearing and a stipulation to detention. The waiver was signed by both the defendant and his attorney. The Court, having considered all of the factors contained in Title 18 U.S.C. § 3142, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER -1

# FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with a serious drug trafficking offense and possession of a firearm during the commission of the offense. He was advised in open court that a detention hearing was being set to address the issue of release or detention. He is represented by counsel, and with the assistance and approval of his lawyer has filed a waiver of the detention hearing and has stipulated to detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 26th day of June, 2009.

s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2